FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEV BHUMI COLD CHAIN PVT LTD, an Indian Company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>YAKIMA FRESH LLC, a Washington Limited Liability Company,<br><br>　　　　　　　Defendant. | No.  1:20-cv-03106-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**: The parties' Joint Motion for Protective Order, **ECF No. 17**, is **GRANTED**. Under Federal Rule of Civil Procedure 26(c), the parties' [Stipulated and Proposed] Protective Order, **ECF No. 17-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 17th day of February 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1