FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 23, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEV BHUMI COLD CHAIN PVT LTD, an Indian Company,<br><br>    Plaintiff,<br><br>    v.<br><br>YAKIMA FRESH LLC, a Washington Limited Liability Company,<br><br>    Defendant. | No.  1:20-cv-03106-SMJ<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Before the Court is Plaintiff's Motion for Partial Summary Judgment, ECF No. 30. Plaintiff seeks partial summary judgment on several issues related to its claims for breach of contract and unjust enrichment arising out of the parties' 2018 quality claims settlement agreement. By separate Order, the Court granted Defendant partial summary judgment and dismissed these claims with prejudice. Accordingly, the Court denies as moot Plaintiff's motion as it relates to the first five issues asserted in the motion. *See* ECF No. 30 at 2.

However, Plaintiff also seeks summary judgment that Defendant has expressly waived its affirmative defenses. ECF No. 30 at 21. In its Notice of Affirmative Defenses, Defendant represented it "will not be presenting affirmative

defenses at trial." ECF No. 29 at 1. At the pretrial conference on March 22, 2022, Defendant conceded that it has indeed waived any affirmative defenses in this matter. As Plaintiff still has remaining claims, the Court grants Plaintiff summary judgment on this issue only.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Partial Summary Judgment, **ECF No. 30**, is **GRANTED IN PART AND DENIED IN PART**.

   *A.* The Court grants Plaintiff's motion on the issue of Defendant's waiver of any affirmative defenses only; the motion is otherwise denied as moot.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 23rd day of March 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge